UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF )
)
Jeffrey J. Lauderdale )   ORDER
)
)   5:09cv1253
TO BE ADMITTED TO THE UNITED STATES )
DISTRICT COURT FOR THE NORTHERN )
DISTRICT OF NEW YORK )

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of New York, __Jeffrey J. Lauderdale__ is hereby accepted for

☐ Permanent Admission to practice in the United States District Court for the Northern District of New York.

☒ Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of:
__Gonnella et al v. Clean All New York, Inc., et al., 5:09-cv-1253__.

IT IS SO ORDERED

Dated: __3/10/10__

_[signature]_

☒ U.S. District Judge
☒ U.S. Magistrate Judge